■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDA SIMPSON, Appellant.—Judgment, Supreme Court, Bronx County (Irving Lang, J.), rendered on January 24, 1986, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sandler, Asch, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE CASTILLO, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on August 27, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Fein, Milonas, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS GUILLEN, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on January 23, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD HARRIS, Also Known as JERRY HARRIS, Appellant.—Judgment, Supreme Court, New York County (Milton Williams, J.), rendered on April 15, 1983, unanimously affirmed.